| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>RHAWN JOSEPH,<br><br>         Plaintiff,<br><br> -v-<br><br>NASA, SPRINGER NATURE AMERICA INC., and SPRINGER NATURE ACADEMIC PUBLISHING LLC,<br><br>         Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 8/1/2022<br><br><br>No.  22-cv-466 (MKV)<br><br>ORDER |

MARY KAY VYSKOCIL, District Judge:

  For the completeness of the record, the Court is docketing the attached communications that Plaintiff sent this Court, among numerous others, via email on July 28, July 29, and July 30, 2022.  In the letter attached to his July 28 email, Plaintiff asserts that he "declines to legitimize the Court's decision by participating further" in "these proceedings." *Infa*.  Thus, the Court reminds Plaintiff that failure to comply with court orders and prosecute his case, including failure timely to file an opposition to Defendants' motions to dismiss, may result in dismissal for failure to prosecute.  *See* Fed. R. Civ. P. 41(b).  The Court also admonishes Plaintiff to limit communications with the Court to letters filed on ECF.  Plaintiff should not send the Court *ex parte* communications via email, and he should not file more than one letter on the same subject.

**SO ORDERED.**

**Date: August 1, 2022**
    **New York, NY**

               */s/ Mary Kay Vyskocil*
               **MARY KAY VYSKOCIL**
               **United States District Judge**

| | |
|---|---|
| **From:** | Rhawn Gabriel Joseph |
| **To:** | Temporary Pro Se Filing NYSD; Chase, Jeremy; Mollie.Kornreich@usdoj.gov; caseview.ecf_usdoj.gov; usanys.ecf@usdoj.gov; Vyskocil NYSD Chambers |
| **Subject:** | Please File: Case No. 1:22-cv-466-MKV |
| **Date:** | Thursday, July 28, 2022 5:06:01 PM |
| **Attachments:** | ThirdLetterVykocil.pdf |

**CAUTION - EXTERNAL:**

*Rhawn Joseph v. NASA, et al., Case No. 1:22-cv-466-MKV*
*Letter to Judge MKV*

*Please file*

*/s/Rhawn Joseph, Ph.D.*
*7/28/2022*
*408298-9833*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Rhawn Joseph, Ph.D.**
**677 Elm St. San Jose, CA. 95126**

July 28 2022

Honorable Mary Kay Vyskocil
United States District Court          (**NASA / Springer Nature Lawsuit**)
Southern District of New York          -Decline to Amend
500 Pearl Street, Room 2230
New York, New York 10007

(Pre-Motion Conference)

Re: *Rhawn Joseph v. NASA, et al., Case No. 1:22-cv-466-MKV*


Judge Vyskocil:

    As stated, only an imbecile or a judge who has accepted bribes would judge that fake click through agreement to be legitimate. It is irrelevant to this Court that if it is impossible to click, check or agree to that obviously fake agreement. Even Springer Nature's attorney admitted it is impossible and what they filed is fake. This Court has no interest in facts, exhibits, justice or the truth. Even when the Defendants admit guilt, this is irrelevant to this Court. The Court has one mission: to protect these defendants and their high powered attorneys who knew they could commit fraud against the Court and that the Court would go along with these obvious frauds no matter how blatant.
    I anticipated the outrageously unjust decision of this Court and I affirm that I decline to legitimize the Court's decision by participating further or by amending the complaint as these proceedings are not based on truth, justice or the law and serve only to cover up the blatantly and outrageously obvious crimes and frauds committed by Springer Nature, and Judge Cronan et al.


/s/Rhawn Joseph, Ph.D.
7/28/2022

| | |
|---|---|
| **From:** | Rhawn Gabriel Joseph |
| **To:** | Temporary Pro Se Filing NYSD; Chase, Jeremy; Mollie.Kornreich@usdoj.gov; caseview.ecf_usdoj.gov; usanys.ecf@usdoj.gov; Vyskocil NYSD Chambers |
| **Subject:** | Final Letter To Judge MKV--Please File |
| **Date:** | Friday, July 29, 2022 2:28:45 AM |
| **Attachments:** | FinalLetterToVykocil.pdf |

**CAUTION - EXTERNAL:**

*Rhawn Joseph v. NASA, et al., Case No. 1:22-cv-466-MKV*
**Please file**
*Final Letter to Judge MKV*
-Judge Vyskocil Admits Case Has Been "fixed"
-Springer Nature Admit To Bribing Cronan
-Springer Nature Admits Fraud Against The Court

*/s/Rhawn Joseph, Ph.D.*
*7/28/2022*
*408298-9833*

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**Rhawn Joseph, Ph.D.**

| | |
|---|---|
| Honorable Mary Kay Vyskocil | July 28 2022 |
| United States District Court | **(FINAL COMMUNICATION)** |
| Southern District of New York | -Judge Vyskocil Admits Case Has Been "fixed" |
| 500 Pearl Street, Room 2230 | -Springer Nature Admit To Bribing Cronan |
| New York, New York 10007 | -Springer Nature Admits Fraud Against The Court |

Re: *Rhawn Joseph v. NASA, et al., Case No. 1:22-cv-466-MKV*

Judge Vyskocil:

In Plaintiff's July 2022 letters to the Court, Plaintiff levied the following accusation against you and this Court: "*As documented in a criminal complaint filed with the DOJ on 3/20/22 the case of Joseph v NASA has been "fixed" and the decision to dismiss has already been made.*" Your failure to deny this Plaintiff's accusation is an admission of guilt. Nor did you deny this allegation: "*Naturally, predictably, the Court and the U.S. Justice Dept. will do everything in their power to cover up Cronan's crimes and will never allow this case to proceed and go to trial. The fact is NASA and the DOJ is aiding and abetting Fraud Against the Court.*" And not just you, but NASA and the Justice Dept failed to deny and responded with silence. Springer Nature was accused of bribing Cronan and there was no denial. Nor did Springer Nature deny committing fraud against the Court. You have all tacitly admitted the accusations are true.

**According to FRCP 8: A defendant must (b)(B) admit or deny the allegations asserted against it by an opposing party. Silence is an admission of guilt.**

The doctrine of tacit admissions, that the failure to deny or respond to an accusation is evidence of guilt, is firmly entrenched in state and federal case laws, based on the assumption that a person is more likely to deny an accusation he knows to be false than one he knows to be true (*United States v. Miller, 478 F.3d 48, 51 (1st Cir. 2007); Salinas v. Texas, 570 U.S. 178 (2013); People v. Nitti, 312 Ill. 73, 94, 143 N.E. 448, 455 (1924); People v. Simmons, 28 Cal. 2d 699, 712, 172 P.2d 18, 25 (1946), 20 So. CAL. L. REv. 224 (1947); State V. Farnsworth, 383 P.2D 489 (Utah 1963); Kule-Rubin, et al v. Bahari Group, Limited;  People v Vining 2017 NY Slip Op 01144; People v Koerner, 154 NY 355, 374 (1897); reviewed in Mccormick On Evidence 405–06 (6Th Ed. 2006); Black's Law Dictionary 11th Edition; Tacit Criminal Admissions, H. S, Hiles, University Of Pennsylvania Law Review, Vol 112, 210-258, 1964; Adoptive Admissions And The Duty To Speak, B. Ruber, Cardozo Law Review, Vol 36, 300-332*).

The Federal Rules of Evidence's advisory committee's notes endorse the common law doctrine of tacit admissions by silence, and allows the use of silence as an indication of guilt, stating that the results to which it has led in civil cases have been "satisfactory" (FED. R. EVID. 801 advisory committee's note). The Supreme Court considers these "notes" to be an authoritative guide to the meaning of the Federal Rules of Evidence: "We have relied on those well-considered Notes as a useful guide in ascertaining the meaning of the Rules. . . . The Notes disclose a purpose to adhere to the common law in the application of evidentiary principles... (*Tome v. United States, 513 U.S. 150, 160 (1995)*).

You, this Court, NASA, Springer Nature, by your failure to deny this Plaintiff's accusations, have admitted to conspiring to pervert and obstruct justice and committing fraud against the Court.

This is why I refuse to file an amended complaint: This Court refuses to behave honestly. You and Cronan have made up bizarre lies and employ illogical reasoning to justify your unjust decisions; you merely repeated the arguments of the Defendants and ignored the pleadings; you resorted to ad hominem personal defamatory attacks and manufactured fake quotes to discredit me--e.g. I never compared myself to Galileo--I never stated I agreed to that click through agreement-- and you have admitted, via silence, Plaintiff's accusations against this Court. All of you are guilty. Your silence has condemned you. *The only honest thing this Court can do, is reverse itself and find Springer Nature Guilty of Fraud Against the Court.* But that won't happen. The case is fixed. None of you denied it because it's true. So, I am done.
**/s/Rhawn Joseph, Ph.D.**

| | |
|---|---|
| From: | R. Gabriel Joseph |
| To: | Robert.Heberle@usdoj.gov; Peter.Nothstein@usdoj.gov; Joseph.Beemsterboer@usdoj.gov; Brent.Wible@usdoj.gov; Criminal.Division@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Margaret.Garnett@usdoj.gov; Daniel.Gitner@usdoj.gov; caseview.ecf_usdoj.gov; Kornreich, Mollie (USANYS); usanys.ecf@usdoj.gov; Corey.Amundson@usdoj.gov; John.Keller@usdoj.gov; Jennifer.Clarke@usdoj.gov; Todd.Gee@usdoj.gov; GarciaG@dany.nyc.gov; HoffingerS@dany.nyc.gov; PopeP@dany.nyc.gov; SungC@dany.nyc.gov; ViorstN@dany.nyc.gov; dubeckl@dany.nyc.gov; punerp@bronxda.nyc.gov; chavisn@brooklynda.org; JMCastellano@queensda.org; aowens@rcda.nyc.gov; timothy.koller@rcda.nyc.gov; Vyskocil NYSD Chambers; Chase, Jeremy |
| Subject: | Judge Vyskocil / DOJ Admits Guilt: Bribery, Corruption, Coverup |
| Date: | Friday, July 29, 2022 12:04:24 PM |

**CAUTION - EXTERNAL:**

## Judge Mary Vyskocil / DOJ Admits Guilt: Bribery, Coverup

RE: Joseph v NASA, Springer Nature1:22-cv-466-MKV
1:22-cv-466-MKV
Document: 22
-Judge Vyskocil & DOJ Admit Case has been "Fixed"
-Judge Vyskocil & DOJ Admit Cover Up of Bribery
-Vyskocil, DOJ, Springer Nature Admit Conspiracy to Obstruct & Pervert Justice
-**Vyskocil, DOJ, Springer Nature, Commit Fraud Against the Court**

## SPECIAL PROSECUTOR MUST BE APPOINTED

ATT: Justice Dept. New York D.A, Congressional Judiciary Committee

As detailed in Document 22 and filings by the Plaintiff, Judge Vyskocil has admitted the case of Joseph v NASA has been "fixed, and that she, the Southern Federal Court District of New York and the Southern District US Attorneys Offices and Springer Nature are engaged in a coverup of bribery and have conspired to commit fraud against the Court. In addition Springer Nature has admitted bribing Judge Cronan and committing fraud against the Court.

These criminals admitted guilt, by their failure to deny their guilt and by responding with silence when accused--and the Court universally considers this silence an admission of guilt The doctrine of tacit admissions, that the failure to deny or respond to an accusation is evidence of guilt, is firmly entrenched in state and federal case laws, based on the assumption that a person is more likely to deny an accusation he knows to be false than one he knows to be true (*United States v. Miller, 478 F.3d 48, 51 (1st Cir. 2007); Salinas v. Texas, 570 U.S. 178 (2013); People v. Nitti, 312 Ill. 73, 94, 143 N.E. 448, 455 (1924); People v. Simmons, 28 Cal. 2d 699, 712, 172 P.2d 18, 25 (1946), 20 So. CAL. L. REv. 224 (1947); State V. Farnsworth, 383 P.2D 489 (Utah 1963); Kule-Rubin, et al v. Bahari Group, Limited; People v Vining 2017 NY Slip Op 01144; People v Koerner, 154 NY 355, 374 (1897); reviewed in Mccormick On Evidence 405–06 (6Th Ed. 2006); Black's Law Dictionary 11th Edition; Tacit Criminal Admissions, H. S, Hiles, University Of Pennsylvania Law Review, Vol 112, 210-258, 1964; Adoptive Admissions And The Duty To Speak, B. Ruber, Cardozo Law Review, Vol 36, 300-332*).

The Federal Court and U.S. Attorneys Offices in the SD of NY are Corrupt and have Admitted Guilt. How many innocent men and women have been falsely convicted because of these criminals? How many criminals escaped justice because they paid bribes? Plaintiff is just one of their victims.

## A SPECIAL PROSECUTOR MUST BE APPOINTED

/s/Rhawn Joseph, Ph.D.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Case 1:22-cv-00466-MKV   Document 23   Filed 08/01/22   Page 7 of 11

| | |
|---|---|
| **From:** | Rhawn Gabriel Joseph |
| **To:** | NYSD Swain Corresp; Vyskocil NYSD Chambers; Cronan NYSD Chambers; AbramsNYSDChambers@nysd.uscourts.gov; Berman NYSD Chambers; BriccettiNYSDChambers@nysd.uscourts.gov; Buchwald NYSD Chambers; Broderick NYSD Chambers; Caproni NYSD chambers; Robert Carter NYSD Chambers; Castel NYSD Chambers; Cote NYSD Chambers; Daniels NYSD Chambers; PolkNYSDChambers@nysd.uscourts.gov; Crotty NYSD Chambers; EnglemayerNYSDChambers@nysd.uscourts.gov; Karas NYSD Chambers; Liman NYSD Chambers; Rakoff NYSD Chambers; Preska NYSD Chambers |
| **Subject:** | Cronan Takes a Bribe / Vyskocil Admits Coverup |
| **Date:** | Friday, July 29, 2022 10:16:03 PM |

**CAUTION - EXTERNAL:**

## Cronan Takes a Bribe / Judge Mary Vyskocil / DOJ Admits Bribery, Coverup

RE: Joseph v NASA, Springer Nature1:22-cv-466-MKV
1:22-cv-466-MKV
Document: 22
-Judge Vyskocil & DOJ Admit Case has been "Fixed"
-Judge Vyskocil & DOJ Admit Cover Up of Bribery of Judge Cronan
-Vyskocil, DOJ, Springer Nature Admit Conspiracy to Obstruct & Pervert Justice
-Springer Nature admits Bribing Cronan
-**Vyskocil, Cronan, Springer Nature, Commit Fraud Against the Court**

ATT: Chief Judge Laura Swain

You have (at least) two crooked judges, Cronan who took bribes and Vyskocil who is covering it up. Both judges have conspired with the Defendants to commit fraud against the court, to pervert and obstruct justice, and they have ruled that a "click through agreement" is valid, despite the fact that even the Defendants admit it is fake and it is and was impossible for anyone to "click" "check" "agree" or sign--but that truth doesn't matter to these two black robed criminals--because as Vyskovicil has admitted: The case is fixed.

Cronan belongs in a jail cell.  Vyskocil is not fit to serve on the bench.

And no, I don't expect you to investigate these two gangsters in black robes.  I expect you and the Southern District to cover it up and blame the victim. Because, I suspect, there are a lot of judges who are taking bribes--just like Cronan; which is why Vyskocil is covering it up.

If these two are representative of the Southern District, then, it's a cesspool of corruption.

/s/Rhawn Joseph, Ph.D.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution

==when opening attachments or clicking on links.==

| | |
|---|---|
| **From:** | Rhawn Gabriel Joseph |
| **To:** | Robert.Heberle@usdoj.gov; Peter.Nothstein@usdoj.gov; Joseph.Beemsterboer@usdoj.gov; Brent.Wible@usdoj.gov; Criminal.Division@usdoj.gov; Jeffrey.Oestericher@usdoj.gov; Margaret.Garnett@usdoj.gov; Daniel.Gitner@usdoj.gov; caseview.ecf_usdoj.gov; Kornreich, Mollie (USANYS); usanys.ecf@usdoj.gov; Corey.Amundson@usdoj.gov; John.Keller@usdoj.gov; Jennifer.Clarke@usdoj.gov; Todd.Gee@usdoj.gov; GarciaG@dany.nyc.gov; HoffingerS@dany.nyc.gov; PopeP@dany.nyc.gov; SungC@dany.nyc.gov; ViorstN@dany.nyc.gov; dubeckl@dany.nyc.gov; punerp@bronxda.nyc.gov; chavisn@brooklynda.org; JMCastellano@queensda.org; aowens@rcda.nyc.gov; timothy.koller@rcda.nyc.gov |
| **Cc:** | NYSD Swain Corresp; Vyskocil NYSD Chambers; Cronan NYSD Chambers; AbramsNYSDChambers@nysd.uscourts.gov; Berman NYSD Chambers; BriccettiNYSDChambers@nysd.uscourts.gov; Buchwald NYSD Chambers; Broderick NYSD Chambers; Caproni NYSD chambers; Robert Carter NYSD Chambers; Castel NYSD Chambers; Cote NYSD Chambers; Daniels NYSD Chambers; PolkNYSDChambers@nysd.uscourts.gov; Crotty NYSD Chambers; EnglemayerNYSDChambers@nysd.uscourts.gov; Karas NYSD Chambers; Liman NYSD Chambers; Rakoff NYSD Chambers; Preska NYSD Chambers; johnson@nytimes.com; overbye@nytimes.com; Zimmer@nytimes.com; Angier@nytimes.com; Laura Chang; Kolata@nytimes.com; Grady@nytimes.com; Pam Belluck; Ben Carey |
| **Subject:** | Proof of Guilt: Cronan/Vyskocil/SpringerNature: Bribery & Obstruction of Justice: |
| **Date:** | Saturday, July 30, 2022 12:06:20 PM |

**CAUTION - EXTERNAL:**

Joseph v NASA, Springer Nature 1:22-cv-466-MKV
1:22-cv-466-MKV
RE: Proof of Guilt:
-Springer Nature Admits to Bribing Cronan to "fix" the case of Joseph v Springer Nature et al.
-Judge Vyskocil. U.S. Attorneys Office (Southern District), Springer Nature Admit to "fixing" the case of Joseph v NASA, Springer NAture

ATT: DOJ / Swain / New York Times

**CRONAN WAS BRIBED:** As documented in the pleadings and letters to Judge Vyskocil, and as admitted by Springer Nature, bribes were paid to Judge Cronan to "fix" the case of Joseph v Springer Nature. To escape liability, and after Cronan was bribed, Springer Nature created a fake "click through agreement" that even their attorneys admit was impossible for this Plaintiff to click, check, mark, agree or attach his signature. But because Cronan had been bribed, he ruled it genuine--which is tantamount to ruling that the "cow jumped over the moon." Only an imbecile, someone who is delusional, or a bribe taking judge would rule this obviously fake document is legitimate. Springer Nature failed to deny that they bribed Cronan and this is evidence of guilt. Cronan was bribed.

**SILENCE & FAILURE TO DENY ARE AN ADMISSION OF GUILT**
In Plaintiff's July 2022 letters to the Court, Plaintiff levied the following accusation against Vyskocil, Cronan, the DOJ, and the Southern District Federal Court: "*As documented in a criminal complaint filed with the DOJ on 3/20/22 the case of Joseph v NASA has been "fixed" and the decision to dismiss has already been made.*" Your failure to deny this Plaintiff's accusation is an admission of guilt. Vyskocil, the Court, and the DOJ did not deny this allegation: "*Naturally, predictably, the Court and the U.S. Justice Dept. will do everything in their power to cover up Cronan's crimes and will never allow this case to proceed and go to trial. The fact is NASA and the DOJ is aiding and abetting Fraud Against the Court*." Vyskocil, the Court NASA and the Justice Dept failed to deny and responded with silence. Springer Nature was accused of bribing Cronan and there was no denial.
**According to FRCP 8: A defendant must (b)(B) admit or deny the allegations asserted against it by an opposing party. Silence is an admission of guilt.**
The doctrine of tacit admissions, that the failure to deny or respond to an accusation is evidence of guilt, is firmly entrenched in state and federal case laws, based on the assumption that a person is more likely to deny an accusation he knows to be false than one he knows to be true (*United States v. Miller, 478 F.3d 48, 51 (1st Cir. 2007); Salinas v. Texas, 570 U.S. 178 (2013); People v. Nitti, 312 Ill. 73, 94, 143 N.E. 448, 455 (1924); People v. Simmons, 28 Cal. 2d 699, 712, 172 P.2d 18, 25 (1946), 20 So. CAL. L. REv. 224 (1947); State V. Farnsworth, 383 P.2D 489 (Utah 1963); Kule-Rubin, et al v. Bahari Group, Limited; People v Vining 2017 NY Slip Op 01144; People v Koerner, 154 NY 355, 374 (1897); reviewed in Mccormick On Evidence 405–06 (6Th Ed. 2006); Black's Law Dictionary 11th Edition; Tacit Criminal Admissions, H. S, Hiles, University Of*

*Pennsylvania Law Review, Vol 112, 210-258, 1964; Adoptive Admissions And The Duty To Speak, B. Ruber, Cardozo Law Review, Vol 36, 300-332*).

      The Federal Rules of Evidence's advisory committee's notes endorse the common law doctrine of tacit admissions by silence, and allows the use of silence as an indication of guilt, stating that the results to which it has led in civil cases have been "satisfactory" (FED. R. EVID. 801 advisory committee's note). The Supreme Court considers these "notes" to be an authoritative guide to the meaning of the Federal Rules of Evidence: "We have relied on those well-considered Notes as a useful guide in ascertaining the meaning of the Rules. . . . The Notes disclose a purpose to adhere to the common law in the application of evidentiary principles... (*Tome v. United States, 513 U.S. 150, 160 (1995*).

Vyskocil, the Court, DOJ, NASA, Springer Nature, by the failure to deny this Plaintiff's accusations, have admitted to conspiring to pervert and obstruct justice and committing fraud against the Court.

**DR. JOSEPH LEVIES CRIMINAL CHARGES AGAINST CRONAN, VYSKOCIL, SPRINGER NATURE, US ATTORNEY'S OFFICE & SOUTHERN DISTRICT FEDERAL COURT**
**--Conspiracy to Violate Dr. Joseph's 1st, 5th and 14th Amendment Rights**
**--Conspiracy to Violate U.S. Copyright laws & Dr. Joseph's copyright.**
**--Conspiracy to Commit Fraud Against the Court**
**--Conspiracy to Obstruct Justice**
**--Bribery**

**DR. JOSEPH (PLAINTIFF) DEMANDS CHANGE OF VENUE OUTSIDE NY/2ND CIRCUIT.**
--Cronan, Vyskocil, and the Southern Federal District Court of NY, Conspired to and have admitted to Violating this Plaintiff's 1st, 5th, and 14th Amendment Rights
--Plaintiff demands a change of venue outside New York and the jurisdiction of the 2nd Circuit Court.

/s/Rhawn Joseph
7/30/2022

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.