United States District Court Southern District of New York

Rhawn Joseph, Ph.D. pro se
408-286-9833
677 Elm St. San Jose, CA 95126
RhawnJoseph@gmail.com

------------------------------------------}

Rhawn Joseph, Ph.D.                      }
Plaintiff                                }
                                         }
        v                                }
NASA, Springer Nature America            }
Inc., Springer Nature Academic           }
Publishing LLC.                          }
Defendants                               }
_____}

Case Number: *1:22-cv-466-MKV*
Judge: Mary Kay Vyskocil

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/16/2022

PLAINTIFF'S FRCP RULE 41(a)(1)(i) VOLUNTARY DISMISSAL (**Without Prejudice**) OF ALL ACTIONS, CAUSES & CLAIMS

IT IS HEREBY ORDERED that this case is dismissed without prejudice. Plaintiff is on notice that he may not dismiss and refile this case in order to have a different judge assigned to it. As such, IT IS FURTHER ORDERED that if in the future Plaintiff brings claims against Defendants, Plaintiff must file a statement of relatedness, so the case can be assigned to Judge Vyskocil. Failure to comply might result in sanctions, including dismissal and a bar on future filings.

Date: August 16, 2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**NOTICE OF VOLUNTARY DISMISSAL**

1.   Defendants' NASA and Springer Nature America Inc., and Springer Nature Academic Publishing LLC have not filed or served an "answer" or "motion" or "motion for summary judgment" but only a letter. Therefore, FRCP 41(a)(1)(i), authorizes Plaintiff to dismiss all causes and claims of action against these Defendants "Without a Court Order" and without a stipulation of agreement by any other party.

2.   Plaintiff believes it is impossible to get a fair hearing in the Southern District Court; that justice and facts are irrelevant to this Court; that Judge Cronan was bribed, and this case has been "fixed."

3.   Pursuant to FRCP 41(a)(1)(i), Plaintiff hereby gives notice of a voluntary dismissal (**without prejudice**) of all Actions, Causes, and Claims Against All Defendants and instructs the Court and the Clerk of the Court to dismiss all actions, causes, and claims against NASA and Springer Nature America Inc., and Springer Nature Academic Publishing LLC .

Respectfully submitted by                         DATED: 8/15/2022
/s/Rhawn Joseph, Ph.D.
Plaintiff

**DECLARATION:** Plaintiff declares he is voluntarily dismissing all causes of actions without prejudice.
Respectfully submitted by                         DATED: 8/15/2022
/s/Rhawn Joseph, Ph.D., Plaintiff